In the Matter of the Application of DANIEL E. SEYBEL et al., as Executors of ISAAC M. DYCKMAN, Deceased, Appellants, for a Writ of Mandamus against HERMAN A. METZ, as Comptroller of the City of New York, Respondent.

*Matter of Seybel,* 120 App. Div. 291, affirmed.
(Argued February 8, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1907, which reversed an order of Special Term denying a motion for a writ of mandamus to compel the defendant to pay certain awards of damages made to the petitioners for the widening of West Two Hundred and Thirtieth street.

*Albert Bach* and *Joseph A. Flannery* for appellants.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.